IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30506
Summary Calendar
_____

CLARENCE H. BLANCHARD,

Plaintiff-Appellant,

versus

TEACHERS INSURANCE AND ANNUITY
ASSOCIATION AND COLLEGE RETIREMENT
EQUITIES FUND,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-3996-N
- - - - - - - - - -
November 25, 1997

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Clarence H. Blanchard filed a complaint seeking disability insurance benefits. On the motion of the defendant, the district court dismissed the complaint pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6). Blanchard appeals, but does not challenge the basis for the district court's dismissal. Because Blanchard does not raise any error of the district court, he presents no grounds for appeal to this court. Blanchard's appeal is without arguable merit and is frivolous. See Howard v. King, 707 F.2d

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

215, 219-20 (5th Cir. 1983).  It is therefore dismissed.  5th Cir. R. 42.2.

DISMISSED.